**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Allen SMITH, Defendant—Appellant.**

**No. 03–50069.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 9, 2006.[*]

Decided Jan. 17, 2006.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: HUG, O'SCANNLAIN and SILVERMAN, Circuit Judges.

## MEMORANDUM**

Allen Smith appeals from his 144–month sentence imposed following his guilty plea to conspiracy and possession with intent to distribute cocaine in violation of 21 U.S.C. §§ 841(a)(1) and 846. We have jurisdiction pursuant to 28 U.S.C. § 1291.

We remand to the sentencing court for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

**REMANDED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

